IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

LARRY PICKENS					05cr20410-MI

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of 12/7/05 through 1/4/06 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.   ARRAIGNMENT IS RESET TO WEDNESDAY, JANUARY 4, 2006   AT 9:30A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON          .

This 7 day of December, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 or 32(b) FRCrP on 12-8-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20410 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT